NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER MACHLUP,**
*Plaintiff-Appellant,*

v.

**JEFF T. ASHBY, Assistant Director,
Division of Building and Housing, City of Lakewood, and CITY OF LAKEWOOD,**
*Defendant-Appellee.*

---

2010-1404

---

Appeal from the United States District Court for the Northern District of Ohio in case no. 10-CV-0316, Judge Dan Aaron Polster.

---

## ON MOTION

---

## ORDER

Peter Machlup moves without opposition (1) to withdraw his motion to voluntarily dismiss his appeal and (2) to transfer the appeal to the United States Court of Appeals for the Sixth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The case is transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

**AUG 3 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter Machlup
John T. McLandrich, Esq.

s17

ISSUED AS A MANDATE: **AUG 3 2010**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 03 2010

JAN HORBALY
CLERK